J-A27003-18

**NON-PRECEDENTIAL DECISION - SEE SUPERIOR COURT I.O.P. 65.37**

| | | |
|---|---|---|
| SCIOLI TURCO, INC. | : | IN THE SUPERIOR COURT OF |
| | : | PENNSYLVANIA |
| Appellant | : | |
| | : | |
| v. | : | |
| | : | |
| DENISE PRIOLEAU AND RASHEED F. | : | |
| PRIOLEAU AND ISIAH N. BURNS | : | |
| 3206 PEARL STREET | : | |
| PHILADELPHIA,PA 19104 OPA/BRT: | : | |
| 241155400 | : | No. 422 EDA 2018 |

Appeal from the Order December 20, 2017
In the Court of Common Pleas of Philadelphia County Civil Division at
No(s): August Term, 2017 No. 1535

BEFORE: BOWES, J., STABILE, J., and McLAUGHLIN, J.

JUDGMENT ORDER BY BOWES, J.:                **FILED NOVEMBER 30, 2018**

This appeal was scheduled for oral argument on November 14, 2018, by notice served on October 11, 2018. Appellees appeared for argument, but Appellant did not. Nor did Appellant contact this Court to explain the absence or request that the case be submitted on the briefs. Accordingly, we dismiss this appeal. *See* Pa.R.A.P. 2314 ("If appellant or the moving party is not ready to proceed when a case is called for oral argument, the matter may be dismissed as of course.").

Appeal dismissed.

Judgment Entered.

Joseph D. Seletyn, Esq.
Prothonotary

Date: <u>11/30/18</u>